UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY ARNIE HANSERD, #183497, | ) ) ) |
| Plaintiff, | ) ) |
| v. | No. 3:23-cv-00798 ) ) |
| SHERIFF DEPARTMENT OF DICKSON COUNTY, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On March 8, 2024, the Court denied Gregory Hanserd's in forma pauperis application and ordered him to pay the full civil filing fee. (Doc. No. 14). The Court warned Hanserd that failure to comply or request an extension within thirty days would result in dismissal. Id. Hanserd, however, has not responded in any way by the deadline or during an additional three-week grace period. In addition, the Court's last two mailings to Hanserd have been returned as undeliverable. (See Doc. Nos. 13, 16). Because Hanserd has not paid the filing fee, this suit may not proceed on the merits in federal court. 28 U.S.C. § 1914. In addition, this action is subject to dismissal for want of prosecution. See Fed. R. Civ. P. 41(b); Carpenter v. City of Flint, 723 F.3d 700, 704 (6th Cir. 2013); Link v. Wabash R.R., 370 U.S. 626, 630 (1962). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. This form of dismissal allows Hanserd to initiate a new civil action regarding these or other matters, subject to all applicable rules and time limits.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE